Kalin, Appellant, *v.* Delaware Valley Telephone Company.

Argued December 4, 1973. *John J. Schneider,* with him *Kayton, Schneider, Davis and Levy,* for appellant; *Walter W. O'Hara,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Kennedy et al. *v.* Erie Insurance Exchange, Appellant.

Argued December 4, 1973. *Boyd H. Walker,* for appellant; *Robert E. Donatelli,* with him *DeMarines and Donatelli,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.

Louden, Appellant, *v.* Appollo Gas Company.

Argued November 13, 1973. *James G. Callas,* with him *Callas and Graff,* for appellant; *Harry A. Heilman, Jr.,* with him *D. Dale Claypool,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.